No. 948. VON CARSTANJEN *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Robert C. Lea, Jr.,* for petitioner. *Solicitor General Griswold* for the United States.

No. 951. MUSE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Morris A. Shenker* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters, Joseph M. Howard,* and *John B. Brant* for the United States.

No. 952. J. H. RUTTER-REX MANUFACTURING CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 5th Cir. Certiorari denied. *Peter H. Beer* for petitioner. *Solicitor General Griswold* and *Arnold Ordman* for respondent National Labor Relations Board.

No. 957. CUNARD STEAMSHIP CO., LTD. *v.* BURNS ET AL. C. A. 2d Cir. Certiorari denied. *Thomas V. Kingham* for petitioner. *Chester A. Hahn* for Burns, and *Sidney A. Schwartz* for John T. Clark & Son, respondents.

No. 960. KAZUBOWSKI *v.* KAZUBOWSKI. App. Ct. Ill., 3d Dist. Certiorari denied. *Frank J. Delany* and *Ray E. Dougherty* for petitioner. *Paul A. Cushman* for respondent.

No. 962. PATAT ET AL. *v.* DAY COMPANIES, INC. C. A. 5th Cir. Certiorari denied. *Hosea Alexander Stephens* for petitioners. *James D. Maddox* for respondent.

No. 965. MCKENZIE *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Solicitor General Griswold* for the United States.